

# NUMBER 13-24-00089-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SHERELLE GIBSON,                                                    **Appellant,**

**v.**

CVII SHORELINE, LLC D/B/A
THE NINE ON SHORELINE,                                    **Appellee.**

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF TRAVIS COUNTY, TEXAS

# MEMORANDUM OPINION

### Before Justices Benavides, Tijerina, and Silva
### Memorandum Opinion by Justice Tijerina

On December 14, 2023, appellant Sherelle Gibson filed a pro se notice of appeal

from a final judgment rendered against her in a forcible detainer lawsuit.[1] On January 30,

2024, the Clerk of this Court notified appellant that her notice of appeal was defective and

---

[1] This case is before the Court on transfer from the Third Court of Appeals in Austin pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

did not comply with Texas Rules of Appellate Procedure 9.1(b), 9.5, 25.1(d)(1), (2), (4), and 25.1(e). *See* TEX. R. APP. P. 9.1(b), 9.5, 25.1(d)(1), (2), (4); 25.1(e). The Clerk also directed appellant to pay the $205.00 filing fee for the notice of appeal within ten days. *See id.* R. 5 ("A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just."); TEX. GOV'T CODE ANN. § 51.207 (delineating the required fees and costs in an appellate court).

On February 13, 2024, the Clerk notified appellant by e-mail and regular mail that she was delinquent in paying the filing fee for her notice of appeal and that the appeal was subject to dismissal if the filing fee was not paid within ten days. *See id.* R. 42.3(b), (c). To date, appellant has neither paid the filing fee nor corrected the defects in her notice of appeal.

This Court has the authority to dismiss an appeal when the appellant has failed to comply with a requirement of the appellate rules, a court order, or a notice from the clerk requiring a response or other action within a specified time. *See* TEX. R. APP. P. 42.3(b), (c); *Smith v. DC Civil Constr., LLC*, 521 S.W.3d 75, 76 (Tex. App.—San Antonio 2017, no pet.). Here, appellant has not paid the appellate filing fee and has not filed a corrected notice of appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

JAIME TIJERINA
Justice

Delivered and filed on the
2nd day of May, 2024.

2